# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2014

### NO. 03-11-00518-CR

**Olarinde Ayodeji Owoputi, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the trial court's order denying habeas corpus relief. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.